**Gregorio OSTOLAZA–AYALA,
Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

**No. 09–72503.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 14, 2013.*

Aug. 19, 2013.

Marie Kayal, Immigration Practice Group a Professional Corporation, San Francisco, CA, for Petitioner.

Theodore Charles Hirt, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel, ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, GRABER, and PAEZ, Circuit Judges.

MEMORANDUM **

Gregorio Ostolaza–Ayala, a native and citizen of Peru, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Mohammed v. Gonzales*, 400 F.3d 785,

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

791–92 (9th Cir.2005), and we deny the petition for review.

The BIA did not abuse its discretion in denying Ostolaza–Ayala's motion to reopen as untimely where Ostolaza–Ayala filed his motion more than five years after his final order of removal, and he failed to demonstrate that the one-year filing deadline should be waived due to extraordinary circumstances. 8 U.S.C. § 1229a(c)(7)(C)(iv)(III).

In light of our disposition, we need not reach Ostolaza–Ayala's remaining contention.

**PETITION FOR REVIEW DENIED.**